THE HONORABLE RICARDO S. MARTINEZ

1

2

3

4

5

6            UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
7                  AT SEATTLE

8   BOARDS OF TRUSTEES OF THE
    CEMENT MASONS & PLASTERERS
9   HEALTH & WELFARE TRUST,
    CEMENT MASONS AND PLASTERERS
10  RETIREMENT TRUST, and WESTERN          NO. 2:22-cv-00153-RSM
    WASHINGTON CEMENT MASONS
11  JOURNEYMAN AND APPRENTICE             ORDER ON MOTION REQUIRING
    TRAINING TRUST (hereafter referred to as   PRODUCTION OF EMPLOYMENT
12  the "Trust Funds"),                   SECURITY DEPARTMENT RECORDS
                      Plaintiffs,
13          v.

14  ADE CONSTRUCTION INC., a
    Washington corporation, UBI No.
15  604 610 382, Contractor's License No.
    ADECOCI805MF,
16
                      Defendant.
17

18       THIS MATTER, having come on regularly before this court upon motion of plaintiffs,

19  and this court having before it the declaration of counsel filed in support of this motion and

20  being otherwise duly advised in the premises,

21       NOW, THEREFORE, it is ADJUDGED AND ORDERED as follows:

22       1.      The production of records in the possession of the Washington State

ORDER – 1
2:22-cv-00153-RSM

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

5000 406 fd28f501kq



1    Employment Security Department regarding employees of Ade Construction Inc. for the period

2    of January 2020 through current is necessary for the prosecution of plaintiffs' case.

3         2.    This necessity outweighs any interest in the confidentiality or privacy of this

4    information of the individual employees, and counsel for the plaintiffs will treat these records

5    as confidential and disclose only such information as is necessary to prosecute this action.

6         3.    Pursuant to RCW 50.13.070, the Washington State Employment Security

7    Department is now ORDERED to produce copies of originals of all documents or records in its

8    possession related to employee reports of Ade Construction Inc. at a mutually agreed time and

9    place between the Department and attorneys for the plaintiffs, but in any case and failing

10   agreement, at the offices of the attorneys for the plaintiffs within twenty (20) days of the date

11   of service of this Order upon the Department.

12        DATED this 14th day of June, 2022.

13

14

15                              _____
                                RICARDO S. MARTINEZ
16                              CHIEF UNITED STATES DISTRICT JUDGE

17

18

19   Presented by:

20

     /s/  Noelle E. Dwarzski
21   Noelle E. Dwarzski, WSBA #40041
     BARLOW COUGHRAN
22   MORALES & JOSEPHSON, P.S.
     Attorneys for Plaintiffs

     ORDER – 2
     2:22-cv-00153-RSM

5000 406 fd28f501kq

